1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM REYES and SAMUEL REYES,    )
                                        )      2:07-cv-610-GEB-DAD
12                     Plaintiffs,      )
                                        )      ORDER TO SHOW CAUSE
13        v.                            )      AND CONTINUING STATUS
                                        )      (PRETRIAL SCHEDULING)
14   COUNTY OF YOLO; TRACI BREWER,      )      CONFERENCE
     individually and in her official   )
15   capacity as social worker for the  )
     County of Yolo; ALISSA WILFRID,    )
16   individually and in her official   )
     capacity as social worker for the  )
17   County of Yolo; MARTHA LEHMAN,     )
     individually and in her official   )
18   capacity as social worker for the  )
     County of Yolo; LESLIE SCOTT,      )
19   individually and in her official   )
     capacity as social worker for the  )
20   County of Yolo; KIMBERLY BYRD,     )
     individually and in her official   )
21   capacity as social worker for the  )
     County of Yolo; and DOES 1-20,     )
22                                      )
                       Defendants.      )
23   _____)

24        The Order Setting Status (Pretrial Scheduling) Conference

25   filed March 30, 2007 ("March 30 Order") scheduled a status conference

26   in this case for July 2, 2007, and required the parties to file a

27   joint status report no later than fourteen days prior to the status

28   conference.  The March 30 Order further required that a status report

                                      1

1  be filed regardless of whether a joint report could be procured.  No

2  status report was filed.

3         Plaintiffs are Ordered to Show Cause ("OSC") in a writing to

4  be filed no later than 4:00 p.m. on July 30, 2007, why sanctions

5  should not be imposed against them and/or their counsel under Rule

6  16(f) of the Federal Rules of Civil Procedure for their failure to

7  file a timely status report.  Plaintiffs' written response shall also

8  explain whether Plaintiffs have effected service of process on

9  Defendants, and whether Plaintiffs have served Defendants with a copy

10 of the March 30 Order.[1]  If service of process has been completed but

11 Plaintiffs have not yet served Defendants with a copy of the March 30

12 Order, Plaintiffs shall also show cause why they and/or their counsel

13 should not be sanctioned for failure to timely serve Defendants with a

14 copy of the March 30 Order.  Further, if service of process has not

15 been completed within the 120-day time period prescribed by Rule 4(m),

16 Plaintiffs shall show cause why this action should not be dismissed

17 for failure to timely serve Defendants.

18        The written response shall also state whether Plaintiffs or

19 their counsel are at fault and whether a hearing is requested on the

20 OSC.[2]  If a hearing is requested, it will be held on August 20, 2007,

21 at 9:00 a.m., just prior to the status conference, which is

22 rescheduled to that date.  In accordance with the requirements set

23 _____

24     [1]    As prescribed in the March 30 Order, Plaintiffs were
   required to serve Defendants with a copy of the March 30 Order
25 "[c]oncurrently with the service of process, or as soon
   thereafter as possible . . . ."  March 30 Order at 1.
26
       [2]     "If the fault lies with the attorney, that is where the
27 impact of sanction should be lodged.  If the fault lies with the
   clients, that is where the impact of the sanction should be
28 lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th
   Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the
   faults of attorneys, and their consequences, are visited upon
   clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

1  forth in the March 30 Order, the parties shall file a joint status

2  report no later than fourteen days prior to the status conference.

3          IT IS SO ORDERED.

4  Dated:  June 25, 2007

5

6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28